UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HERNANDEZ,<br>    Plaintiff<br>v.<br>P. HOLMAN,<br>    Defendant. | Case No. 2:17-cv-3946-SVW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order: Denying Request To Proceed Without Prepayment Of Filing Fee; Denying Motion; And Dismissing Action,

This action is dismissed as follows: the first claim alleged in the Complaint is dismissed with prejudice; and the second claim alleged in the Complaint is dismissed without prejudice.

DATED: June 19, 2017

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE